**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Nathan L. Lomax, | Case No.: 2:24-cv-01702-APG-BNW |
| Petitioner | |
| v. | **Order Dismissing Case** |
| Bob Faulkner, et al., | |
| Respondents | |

Nathan L. Lomax submitted a document that appears to relate to a Nevada state conviction in Clark County on a form for a Nevada Supreme Court appeal. ECF No. 1-1. He has not submitted a habeas petition on this court's required form or filed an application to proceed *in forma pauperis* or paid the $5.00 filing fee.[1]  Accordingly, this matter has not been properly commenced and must be dismissed. 28 U.S.C. § 1915(a)(2) and Local Rule LSR1-2.

I THEREFORE ORDER that this improperly commenced action is **DISMISSED**.

I FURTHER ORDER that a certificate of appealability will not issue.

The Clerk of Court is directed to enter judgment accordingly and close this case.

DATED this 18th day of October, 2024.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE

---

[1] Lomax references two other cases that he has pending in this court: a habeas petition, case no. 2:24-cv-00924-CDS-NJK, and a civil rights complaint, case no. 2:24-cv-01344-GMN-DJA.  It is unclear why he attempted to initiate another case.